LAURIE DIFRANCESCO et al., Appellants, v COUNTY OF ROCKLAND, Respondent.

Submitted September 10, 2007; decided October 23, 2007

Reported below, 41 AD3d 530.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.